IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PATRICIA M. KOZAK and BRIAN D. KOZAK,<br><br>　　　　Plaintiffs,<br><br>　　　v.<br><br>EDWARD J. KLIKUSZEWSKI and BARLOW TRUCKING LINES,<br><br>　　　　Defendants. | No. 4:21-CV-01609<br><br>(Chief Judge Brann) |

## ORDER

**APRIL 20, 2022**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendants Edward J. Klikuszewski and Barlow Trucking Lines' motion to dismiss (Doc. 5) Plaintiffs Patricia M. Kozak and Brian D. Kozak's Complaint (Doc. 1) is **DENIED**.

2. The Defendants shall file an answer to the Plaintiffs' Complaint within 21 days of this Order.

　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　*s/ Matthew W. Brann*
　　　　　　　　　　　　　　　Matthew W. Brann
　　　　　　　　　　　　　　　Chief United States District Judge