UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PATRICIA M. KOZAK, BRIAN D. KOZAK, | : | 4:21-cv-01609 |
| | : | |
| Plaintiffs, | : | |
| | : | (Magistrate Judge Schwab) |
| v. | : | |
| | : | |
| EDWARD J. KLIKUSZEWSKI, BARLOW TRUCKING LINES, | : | |
| | : | |
| Defendants. | : | |

## ORDER
March 17, 2025

For the reasons set forth in the Memorandum Opinion filed concurrently with this ORDER, **IT IS ORDERED** that defendants' partial motion for summary judgment (*doc. 53*) is **GRANTED IN PART** such that we grant summary judgment on plaintiffs' claims that defendants violated the hours-of-service regulations and training and knowledge requirements under the Federal Motor Carrier Safety Regulations, and **DENIED IN PART**, such that we deny summary judgment on all other claims.

*S/Susan E. Schwab*
Susan E. Schwab
United States Magistrate Judge