UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PATRICIA M. KOZAK, *et al.*, | : | CIVIL NO. 4:21-CV-01609 |
| | : | |
| Plaintiffs, | : | (Magistrate Judge Schwab) |
| | : | |
| v. | : | |
| | : | |
| EDWARD J. KLIKUSZEWSKI, *et al.*, | : | |
| | : | |
| Defendants. | : | |

**ORDER**
November 5, 2025

For the reasons set forth in the memorandum opinion which was simultaneously filed with this order, **IT IS ORDERED** that the professional driver motion in limine (*doc. 70*) is **GRANTED**, and the parties shall not refer to Klikuszewski as a "professional driver." **IT IS FURTHER ORDERED** that the other pending motions in limine (*docs. 66, 68, 72, 74*) are **DENIED**.

Furthermore, **IT IS ORDERED** that the parties shall meet and confer regarding the issue of whether the evidence identified in the Kozaks' brief in opposition to the professional driver motion in limine (*doc. 80 at 3–4*) is admissible. Finally, **IT IS ORDERED** that at the pretrial conference set for November 20, 2025, the parties shall be prepared to discuss the results of the above-described conference and their proposed mitigating jury instructions

regarding the evidence described in the citations and accidents motion in limine (*doc. 74*).

<u>**S/Susan E. Schwab**</u>
Susan E. Schwab
United States Magistrate Judge